## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **SHAMAR MASON** | : | **CASE NO.:** |
|     Plaintiff | : | |
| | : |   3:18-cv-01841 (AVC) |
| **V.** | : | |
| | : | |
| **HQ PACK OF CONNECTICUT, INC.** | : | |
|     Defendant | : | April 8, 2019 |

## **STIPULATION OF DISMISSAL**

      The parties hereby stipulate that the above case be dismissed with prejudice, without costs to either party.

PLAINTIFF, SHAMAR MASON

*/s/ Anthony J. Pantuso, III*
Anthony J. Pantuso, III
Fed. Bar No. ct11638
Law Offices of Anthony J. Pantuso, III
4 Research Drive, Suite 402
Shelton, CT 06484
203-726-0284
apantuso@pantusolawfirm.com


DEFENDANT, HQ PACK OF CONNECTICUT, INC.

*/s/ Alexa M. Farmer*

Alexa M. Farmer
Federal Bar No. ct30052
Jackson Lewis PC
90 State House Square, 8th Floor
Hartford, CT 06103
860-522-0404
alexa.famer@jacksonlewis.com

## **CERTIFICATION**

   I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            *Alexa M. Farmer*
            Alexa M. Farmer